**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| JOANNE PALAZZOLO, | : | |
| Plaintiff, | : | : |
| vs. | : | |
| | : | CIVIL ACTION |
| DAVID C. DAMSKER, BUCKS COUNTY, | : | |
| PENNSYLVANIA, BUCKS COUNTY, | : | NO. 10 -CV-7430 |
| PENNSYLVANIA HEALTH DEPARTMENT, | : | |
| JOHN DOE, RITA ROE, and all | : | |
| others acting in concert with | : | |
| them and/or on their behalf, | : | |
| Defendants. | : | |

## ORDER

AND NOW, this 30th day of June, 2011, upon consideration of Defendants' Motion to Dismiss (Doc. No. 3), Defendants' Brief in support thereof, and Plaintiff's Memorandum in opposition thereto, it is hereby ORDERED that the Motion is GRANTED, Count I of Plaintiff's Complaint and Plaintiff's claims for punitive damages set forth in Counts I and II are DISMISSED with PREJUDICE, and Plaintiff's claim for violation of the ADEA set forth in Count III is DISMISSED with leave to file re-plead within ten (10) days of the entry date of this Order.

BY THE COURT:

s/J. Curtis Joyner
J. CURTIS JOYNER,     C.J.