# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

12-3268

Joanne Palazzolo v. David Damsker, et al

2-10-cv-07430

## ORDER

**FILED**

JAN - 9 2013

MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

In accordance with the agreement of the parties in the above-captioned case, the matter is hereby dismissed pursuant to Fed. R. App. P. 42(b), without cost to either party. A certified copy of this order is issued in lieu of a formal mandate.

For the Court,

*Marcia M. Waldron*

Marcia M. Waldron, Clerk
Date: 1/9/2013

cc: Alexandra Bak-Boychuk, Esq.
    Frank A. Chernak, Esq.
    Edward S. Mazurek, Esq.

A True Copy:

*Marcia M. Waldron*

Marcia M. Waldron, Clerk
Certified order issued in lieu of mandate.